

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-20-00560-CV

**IN THE INTEREST OF G.G., A CHILD**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2013CVW001904-C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

On May 21, 2020, the trial court signed a final order granting Dad's petition, designating him sole managing conservator, and ordering Mom to pay child support. Subsequently, Mom retained counsel to represent her in the trial court. On June 17, 2020, Mom's counsel filed a Motion for New Trial. A hearing on the motion was set for July 20, 2020, but the clerk's record contains no subsequent record of the hearing or signed order on the motion for new trial. Instead, Appellant filed a notice of restricted appeal on November 16, 2020. In it, she complained that she was not represented by counsel at the final custody hearing, and the ruling should be reversed.

Restricted appeals are limited to cases in which the appellant shows the following:

(1) she filed the notice of the restricted appeal within six months after the judgment or order appealed from was signed; (2) she was a party to the underlying suit; (3) she did not timely file a post-judgment motion or request for findings of fact and conclusions of law, or notice of appeal; (4) she did not participate, either in person or through counsel, in the actual trial of the case; and (5) the error complained of must be apparent from the face of the record.

*Giron v. Gonzalez*, 247 S.W.3d 302, 305 (Tex. App.—El Paso 2007, no pet.) (citing TEX. R. APP. P. 26.1(c), 30; *Norman Commc'ns v. Tex. Eastman Co.*, 955 S.W.2d 269, 270 (Tex. 1997)).

Here, the record shows Mom filed a timely post-judgment motion. *See id.*

Therefore, we ORDER Appellant to show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not show cause in writing within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

All other appellate deadlines are suspended pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court